UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARL L. WESLEY,**<br>　　　　　**Petitioner,**<br>　　　v.<br>A. M. GONZALES,<br>　　　　　Respondent. | Case No. CV 13-00703-VBF (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed with prejudice.

Dated:　　July 11, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1